1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2  HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  DANIEL PASTOR (CABN 297948)
   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6778
7       FAX: (415) 436-7234
        daniel.pastor@usdoj.gov

8  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-003 EMC |
| Plaintiff, | [PROPOSED] ORDER EXCLUDING TIME BETWEEN JUNE 13, 2020 AND JUNE 24, 2020 |
| v. | |
| ALEXANDER GIMARAIS MAZARIEGOS-MAZARIEGOS | |
| Defendant. | |

The parties appeared by Zoom videoconference on Saturday, June 13, 2020 for a hearing on Defendant's Motion to Dismiss the Indictment. Defendant waived his personal appearance and agreed to proceed by video. The Court found that proceeding by video was necessary due to the COVID-19 pandemic. The Court heard argument from the parties and set a status date of June 24, 2020 to determine witness availability and to schedule an evidentiary hearing. The Court ordered that time be excluded from June 13, 2020 through June 24, 2020.

1  **[PROPOSED] ORDER**.

2  The Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from June 13, 2020, through June 24, 2020, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Time shall be excluded under 18 U.S.C. § 3161(h)(1)(D) because the hearing on Defendant's pretrial motion to dismiss the indictment has not concluded. In addition, the Court finds that failure to exclude time would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: June 19, 2020

_____
HONORABLE EDWARD M. CHEN
United States District Judge