DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6778
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. CR20-003 EMC** |
|     Plaintiff, | [PROPOSED] **ORDER EXCLUDING TIME BETWEEN JUNE 24, 2020 AND JULY 17, 2020** |
|     v. | |
| ALEXANDER GIMARAIS MAZARIEGOS-MAZARIEGOS | |
|     Defendant. | |

    The parties appeared by Zoom videoconference on Wednesday, June 24, 2020 for a status on Defendant's Motion to Dismiss the Indictment. Defendant waived his personal appearance and agreed to proceed by video. The Court set an evidentiary hearing for July 17, 2020 using Zoom at which the defendant and Border Patrol Agent Luis Trujillo are expected to testify by video. With the agreement of the parties, the Court ordered that time be excluded from June 24, 2020 through July 17, 2020 for effective preparation of counsel.

## [PROPOSED] ORDER.

The Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from June 24, 2020 to July 17, 2020, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Time shall be excluded under 18 U.S.C. § 3161(h)(1)(D) because the hearing on Defendant's pretrial motion to dismiss the indictment has not concluded. In addition, the Court finds that failure to exclude time would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: June 30, 2020

_____
HONORABLE EDWARD M. CHEN
United States District Judge